UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY MURPHY** | * | **CIVIL ACTION NO. 3:18-CV-9805** |
| *Plaintiff* | * | |
| | * | **SECTION E** |
| **VERSUS** | * | |
| | * | **JUDGE SUSAN MORGAN** |
| | * | |
| **LELAND J. FALCON, ET AL.** | * | **MAG. JOSEPH WILKINSON** |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### RESPONSE/MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL, R. DOC. 30

**MAY IT PLEASE THE COURT:**

Before the Court is Plaintiff's Motion to Compel, R. Doc. 12. Defendants, Assumption Parish Sheriff Leland J. Falcon, in his official capacity as Sheriff of Assumption Parish, and Roland Rodrigue, individually and in his official capacity as Warden, respond[1] to Plaintiff's Motion, upon submitting that same will be moot by the time of the hearing on same. Defendants submit:

**I.   BRIEF STATEMENT OF THE BACKGROUND.**

As Plaintiff sets forth in her memorandum in support of her Motion to Compel, R. Doc. 12-1, the base, non-medical facts in this case are exceedingly

---

[1] As set forth below, the following is not so much an opposition to Plaintiff's Motion as it is a response. This is because the parties agreed to a discovery plan after a Rule 37 conference. *See* R. Docs. 12-5 through 12-7. Defendants still intend to abide by the plan as memorialized in R. Docs. 12-5 through 12-7.

simple. The decedent entered the Assumption Parish Detention Center after he was arrested for a DWI and related charges. He died less than twelve (12) hours later of a heart attack. Defendants submit that the decedent received his medication. To this end, the Defendants submitted Rule 26 initial disclosures and timely answered Plaintiff's discovery whereby Defendants produced all of Plaintiff's medical and treatment records vis-à-vis the decedent's brief stay at the Detention Center. Likewise, the Defendants provided all of the Investigative materials, as well as the video and other evidence of Plaintiff's incarceration. The facts are as they are.

The relevant discovery dispute involved requests that are more tangential or that requested more detailed responses than simply referring to the documents. The parties met and conferred and the Defendants agreed to supplement their responses. *See* R. Docs. 12-5 through 12-7. There was no further communication regarding the discovery responses between the time of the Rule 37 conference and the time of the filing of Plaintiff's Motion to Compel.

## II. DEFENDANTS AGREE TO SUPPLEMENT THEIR DISCOVERY RESPONSES AS AGREED UPON AT THE PARTIES' RULE 37 CONFERENCE.

Indeed, Plaintiffs Motion will be moot in advance of the hearing on same, as Defendants agree to honor their original agreement as related in R. Docs. 12-5 through 12-7.

### III. THE FAILURE TO SUPPLEMENT BY THE DATE AGREED UPON WAS NOT INTENDED TO BE FRIVOLOUS OR ABUSIVE, OR TO UNDULY DELAY THESE PROCEEDINGS

The undersigned has simply been managing an extraordinary federal trial and appellate docket of late (in addition to over 100 open files across the state) and is currently without the assistance of a paralegal.

The undersigned apologizes to the Court and to Plaintiff for any inconvenience.

### IV. CONCLUSION.

For the foregoing reasons, Defendants respectfully request that the Motion to Compel filed by Plaintiff be DENIED AS MOOT.

        Respectfully submitted,

        **USRY & WEEKS, PLC**

        */s/ James B. Mullaly*
        JAMES B. MULLALY (LSBN 28296)
        USRY & WEEKS, PLC
        1615 Poydras Street, Suite 1250
        New Orleans, Louisiana 70112
        Phone: (504) 592-4600
        Fax:   (504) 592-4641
        ***COUNSEL FOR THE DEFENDANTS***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of April 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

>                            */s/ James B. Mullaly*
>                            JAMES B. MULLALY (LSBN 28296)